# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| SILVANO LUNA-VELASCO, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | |
| | § | |
| PAMELA JO BONDI, UNITED | § | No. 3:26-CV-00192-LS |
| STATES ATTORNEY GENERAL; | § | |
| KRISTI LYNN NOEM, SECRETARY | § | |
| OF HOMELAND SECURITY; AND | § | |
| MARY DE ANDA-YBARRA, EL PASO | § | |
| FIELD OFFICE DIRECTOR FOR | § | |
| DETENTION AND REMOVAL, U.S. | § | |
| IMMIGRATION AND CUSTOMS | § | |
| ENFORCEMENT, | § | |
| | § | |
| *Respondents*. | § | |

## ORDER DISMISSING CASE

Upon consideration of the parties' Stipulation of Dismissal,[1] the Court dismisses this action with prejudice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on May 14, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 8.